IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CEDRIC ARMOND MITCHELL**
**#118394**                                                                        **PLAINTIFF**

v.                                     4:23-cv-00993-JM

**WADE GILLIAM,**
**Saline County Detention Center;** *et al.*                           **DEFENDANTS**

### JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

DATED this 28th day of November 2023.

                                                                      _____
                                                                      UNITED STATES DISTRICT JUDGE